# IN THE SUPREME COURT OF THE STATE OF NEVADA

LYUDMYLA A. ABID,
                Appellant,

vs.

SEAN R. ABID,
                Respondent.

No. 71042

**FILED**

OCT 03 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY *S. Young*
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

_____ C.J.

cc:    Hon. Linda Marquis, District Judge, Family Court Division
        Radford J. Smith, Chtd. D/B/A Smith & Taylor
        Black & LoBello
        Eighth District Court Clerk

---

[1]Appellant's motion to consolidate this appeal with the appeal in Docket No. 69995 is denied as moot.

16-30696